MARLYS KNIGGE, APPELLEE AND CROSS-APPELLANT, V.
CURTIS L. KNIGGE, APPELLANT AND CROSS-APPELLEE.
286 N. W. 2d 445

Filed January 3, 1980. No. 42356.

Winner, Nichols & Meister and Wright & Simmons, for appellant.

George P. Burke of Van Steenberg, Myers & Burke, for appellee.

Wright & Simmons and John A. Selzer, for appellant on motions for rehearing.

PER CURIAM.

Upon motions for rehearing and to retax costs, the

opinion previously adopted by this court, appearing at 204 Neb. 421, 282 N. W. 2d 581 (1979), is hereby modified by deleting therefrom at page 428, the last full paragraph commencing "Paragraph 8 of the decree . . .;" page 429, the second full paragraph commencing "Curtis Knigge shall be required . . .;" the fourth full paragraph commencing "In its decree the trial court . . ." and continuing on to page 430; and at page 430, the first full paragraph commencing "Paragraph 10 (d) of the decree. . . ."

The motions are overruled.

MOTIONS FOR REHEARING AND TO RETAX
COSTS OVERRULED.